UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIAM DWAYNE KYLE                                           PLAINTIFF

v.                                       CIVIL ACTION NO. 4:16-CV-094-JMV

GRAESTONE LOGISTICS, LLC                                     DEFENDANT

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties, and the Court being sufficiently advised that all matters in controversy between the parties have been settled,

IT IS ORDERED AND ADJUDGED that all claims asserted herein are hereby DISMISSED, with prejudice, each party to pay his/its own costs.

This, the 6th day of September, 2017.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE


HAVE SEEN AND AGREED:

*/s/ George F. Hollowell Jr.*_____
George F. Hollowell, Jr, Esq.
*Attorney for Plaintiff*

*/s/ C. Thomas Miller*_____
C. Thomas Miller, Esq.
*Attorney for Defendant*